# Exhibit 6

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

In re

SKAT TAX REFUND SCHEME LITIGATION

This document relates to the cases identified on
Schedules A and B hereto

Master Docket 18-md-2865 (LAK)
ECF Case

### DEFENDANTS' SECOND REQUESTS
### FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF SKAT

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Civil Rule 26.3 of the Local Rules of the Court, Defendants listed on Schedules A and B, appended hereto, hereby request that SKAT produce the documents described in the Second Request for Production of Documents (the "Requests" and each a "Request") below.  The defendants in Schedule B hereby join in the request that SKAT produce the documents described in the First Requests for Production of Documents dated March 7, 2019.  SKAT must respond to the Requests fully, in accordance with the definitions and instructions set forth below on or before February 14, 2020, and produce the documents described in the Requests at the offices of Caplin & Drysdale, Chartered, 600 Lexington Ave., 21st Floor, New York, New York 10022 (Attn: Mark D. Allison, Esq. (mallison@capdale.com) and Zhanna A. Ziering, Esq. (zziering@capdale.com)).

### <u>INSTRUCTIONS AND DEFINITIONS</u>

For the purpose of the Request, and with respect to each document or item of information requested:

1.      Unless otherwise specified, the Requests seek information created, generated, dated, issued, executed, received or in effect during the period from January 1, 2010 to the present.

1

2.     The Requests shall be deemed continuing, to the full extent permitted under the Federal Rules of Civil Procedure, so as to require supplemental responses and production promptly upon your obtaining possession, custody, or control of information not previously provided or produced which is responsive to one or more of the Requests.

3.     Each Request set forth herein calls for documents and tangible things in your possession, custody, or control, as well as documents and tangible things in the possession, custody, or control of your representatives, attorneys, agents, servants, employees, investigators, consultants, and counsel.  A document or tangible thing is in your "possession, custody and control" if you have the legal right to obtain the document or thing, regardless of its source or present location.

4.     If there is a claim of privilege with respect to any document or information requested, please provide all information required by Local Civil Rule 26.2 of the Local Rules (unless divulgence of such information would cause disclosure of the allegedly privileged matter), including:  (i) the type of document, *e.g.*, letter or memorandum; (ii) the general subject matter of the document; (iii) the date of the document; and (iv) such other information as is sufficient to identify the document for a subpoena duces tecum, including, where appropriate, the author of the document, the addressees of the document, and any other recipients shown in the document, and, where not apparent, the relationship of the author, addressees, and recipients to each other.

5.     If any responsive document was, but is no longer, in your possession, custody or control, state precisely the disposition of such document.

6.     To the extent any responsive document to these Requests relates to a specific Defendant, please separately identify such document and the Defendant to which it relates.

7.     These discovery requests incorporate the "Uniform Definitions in Discovery Requests" set forth in Local Civil Rule 26.3 of the Local Rules.  Accordingly:

(A)    **Communication**.  The term "**communication**" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise), whether verbally or in writing, and regardless of form, including electronic communication.

(B)    **Document**.  The term "**document**" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a), including, without limitation, electronic or computerized data compilations.  A draft or non-identical copy is a separate document within the meaning of this term.

(C)    **Identify**.  When referring to a person, "**to identify**" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.  Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(D)    **Person**.  The term "**person**" is defined as any natural person or any business, legal or governmental entity or association.

(E)    **Concerning**.  The term "**concerning**" means relating to, referring to, describing, evidencing or constituting.

8.     The following rules of construction apply to all discovery requests:

(A)    **All/Each**.  The terms "**all**" and "**each**" shall be construed as all and each.

(B)    **And/Or**.  The connectives "**and**" and "**or**" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

3

(C)    **Number**.  The use of the singular form of any word includes the plural and vice versa.

9.    The words "**referring to**," "**relating to**," and "**pertaining to**" are synonymous with "concerning" as defined above.

10.    The use of any tense of any verb shall be considered to include also within its meaning all other tenses of the verb so used.

11.    References to any company or entity include its divisions; its direct and indirect subsidiaries; its merged or acquired predecessors-in-interest (whether or not successorship in liability is admitted); any subsidiaries or divisions of its predecessors-in-interest; and their present or former officers, representatives, agents, servants, attorneys, experts, employees, investigators, consultants, and all other persons acting on behalf of such company or entity, or its predecessors.

12.    A request for "all documents concerning" or "all reports concerning" a given subject matter includes, but is not limited to, communications pertaining to that subject matter between SKAT, its representatives, attorneys, agents, servants, employees, investigators, consultants, and counsel, and any other person or entity, including without limitation any governmental agency of the Kingdom of Denmark, any lender, investment banker, asset manager, investment advisor, credit analyst, rating agency, lawyer, accountant, litigation consultant, statistician, economist or other professional; and any other person referred to in the particular discovery request.

13.    The following are specially defined terms for which the meanings specified below shall apply:

(A)    "**Authorized Representative**" means the persons identified in the attached Schedules A and B in the column titled "Authorized Representative," and his or her employees, agents, representatives and attorneys.

(B)    "**Broker-Custodian**" means the entity or entities identified on the attached Schedules A and B in the column title "Broker-Custodian(s)," and their affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives, and attorneys.

(C)    "**Claims**" means any dividend withholding tax refund claims that the Plans submitted to SKAT, including but not limited to, the dividend withholding tax refund claims that the Payment Agent(s) submitted to SKAT on behalf of the Plans, whether such claim is the subject matter of SKAT's Complaints or the payment of which was denied by SKAT.

(D)    "**Complaints**" means the Complaints filed by SKAT in the U.S. federal and state courts in May and June 2018 against the Plans, Authorized Representatives and Other Defendants, and any amended Complaints relating thereto.

(E)    "**Credit Advice**" means a credit advice, income advice, tax voucher, or similar document, generated by Broker-Custodian that demonstrates a Plan's ownership of any Shares or receipt of any Dividends.

(F)    "**Dividends**" means the dividends identified in the Claims concerning the Shares.

(G)    "**IRS**" means the Internal Revenue Service.

(H)    "**Other Defendants**" means the persons identified on the attached Schedules A and B, in column titled "Other Defendants" and their employees, agents, representatives, and attorneys.

(I)    "**Payment Agent(s)**" means the entity or entities identified on the attached Schedules A and B in the column titled "Payment Agent(s)," and their affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives and attorneys.

(J)    "**Plan**" means the entity identified on the attached Schedules A and B in the column titled "Plan" and their affiliates, subsidiaries, predecessors, successors, assigns, principals, officers, directors, employees, agents, representatives, trustees and attorneys.

(K)    "**Refunds**" means any amounts of the withholding tax paid by SKAT pursuant to any Claims.

(L)    "**Shares**" means the shares of Danish stock identified in the Claims.

(M)    "**SKAT**" refers to the Customs and Tax Administration of the Kingdom of Denmark, including its predecessors and successors, and its representatives, attorneys, agents, servants, employees, investigators, consultants, and counsel (including but not limited to Kammeradvokaten).

(N)    "**SOIK**" refers to the Danish Public Prosecutor for Serious Economic and International Crimes, including its predecessors and successors, and its representatives, attorneys, agents, servants, employees, investigators, consultants, and counsel.

(O)    "**You**," "**Your**" and "**Yourself**" refer to the party or non-party to whom the following discovery requests are addressed, and to such party or non-party's representatives, agents, servants, employees, investigators, consultants, and counsel.

## REQUESTS FOR PRODUCTION

### REQUEST NO. 1

All communications concerning SKAT employee Lisbeth Rømer and SKAT's payment of dividend withholding tax refunds and/or claims to U.S. pension plans.

### REQUEST NO. 2

All communications concerning SKAT and any Ministry of Taxation employee regarding SKAT's payment of dividend withholding tax refunds and/or claims to U.S. pension plans.

### REQUEST NO. 3

All communications concerning SKAT or Ministry of Taxation employees Anne Munksgaard, Jim Sørensen, Jens Brøchner, and Andreas Berggreen related to SKAT's payment of dividend withholding tax refunds and/or claims to U.S. pension plans, including but not limited to, any communications involving or testimony provided by these individuals.

### REQUEST NO. 4

All National Audit Office reports concerning the payment of dividend withholding tax refunds and/or claims, including all documents quoted, cited, or relied on by the National Audit Office reports.

### REQUEST NO. 5

All reports exchanged between SKAT and the Ministry of Taxation or the Ministry of Finance that discuss or relate to the payment of dividend withholding tax refunds and/or claims, including but not limited to all state income lists and all documents related to the Ministry of Taxation internal audit report dated September 2015 regarding SKAT's administration of dividend withholding tax refunds and/or claims, including all documents quoted, cited, or relied on in the report.

**REQUEST NO. 6**

All communications concerning the Central Accounting Office and SKAT regarding or in any way referring to increases in the volume or value of payments of dividend withholding tax refunds and/or claims between 2013 and 2015.

**REQUEST NO. 7**

All documents exchanged between SKAT and the Ministry of Finance, the Ministry of Taxation, or SØIK that discuss or relate to the payment of dividend withholding tax refunds and/or claims, including any reports or memoranda regarding the viability of possible civil claims.

**REQUEST NO. 8**

All reports not otherwise requested herein concerning the payment of dividend withholding tax refunds and/or claims, including but not limited to, any investigation, report, or analysis drafted or conducted by SKAT regarding the payment of dividend withholding taxes by listed Danish companies to SKAT and dividend withholding tax refunds paid to any claimants.

**REQUEST NO. 9**

All documents received by and/or relied on by SKAT to support the allegation in the complaints that it discovered the alleged fraud in July 2015.

**REQUEST NO. 10**

All documents related to any third-party whistleblower complaints submitted to SKAT in connection with the payment of dividend taxes, including but not limited to, all documents provided by a whistleblower in 2015 from whom SKAT now seeks to obtain testimony through a Request for International Judicial Assistance Pursuant to the Hague Convention, any communications with the whistleblower prior to 2015, and any communications with any whistleblower regarding the payment of dividend withholding tax refunds and/or claims.

8

**REQUEST NO. 11**

All communications concerning SKAT or the Ministry of Taxation and any foreign governments regarding the payment of dividend withholding tax refunds and/or claims, including any communications with foreign tax authorities.

**REQUEST NO. 12**

All documents prepared by SKAT or any third parties at SKAT's request analyzing withheld dividend reimbursement patterns involving the Plans.

**REQUEST NO. 13**

Documents sufficient to identify SKAT employees responsible for the administration or processing of dividend withholding tax refunds and/or claims between 2012 and 2015.

**REQUEST NO. 14**

Documents sufficient to identify the volume of dividend withholding tax refunds and/or claims processed by each SKAT employee between 2012 and 2015.

**REQUEST NO. 15**

Documents sufficient to identify whom SKAT determined is the actual beneficial owner of the Shares, and whom SKAT determined was the actual recipient of the Dividends.

**REQUEST NO. 16**

All documents related to SKAT's policies and procedures for the administration and payment of withheld dividend tax refunds and/or claims, including but not limited to, policies and procedures regarding the verification of supporting documents submitted by refund claimants in support of their claims, employee protocols for processing such claims, and suggested revisions or modifications to these policies and procedures.

**REQUEST NO. 17**

All documents concerning information technology systems and controls established by SKAT related to the collection and/or payment of withheld dividend tax refunds and/or claims.

**REQUEST NO. 18**

Documents sufficient to identify the aggregate total amount of dividend withholding tax collected by SKAT in connection with each of the dividends declared by the following publicly traded Danish companies at their Annual General Meetings held on the corresponding dates listed in the table below:

| Issuer Name | Annual General Meeting Date | Issuer Name | Annual General Meeting Date |
|---|---|---|---|
| AP Moeller-Maersk A/S - A Share | 11-Apr-2013 | GN Store Nord | 19-Mar-2015 |
| AP Moeller-Maersk A/S - A Share | 31-Mar-2014 | H. Lundbeck A/S | 21-Mar-2013 |
| AP Moeller-Maersk A/S - A Share | 30-Mar-2015 | IC Group A/S | 24-Sept-2014 |
| AP Moeller-Maersk A/S - B Share | 11-Apr-2013 | Novo Nordisk A/S | 20-Mar-2013 |
| AP Moeller-Maersk A/S - B Share | 31-Mar-2014 | Novo Nordisk A/S | 20-Mar-2014 |
| AP Moeller-Maersk A/S - B Share | 30-Mar-2015 | Novo Nordisk A/S | 19-Mar-2015 |
| Carlsberg A/S | 21-Mar-2013 | Novozymes A/S | 28-Feb-2013 |
| Carlsberg A/S | 20-Mar-2014 | Novozymes A/S | 26-Feb-2014 |
| Carlsberg A/S | 26-Mar-2015 | Novozymes A/S | 25-Feb-2015 |
| CHR Hansen Holding A/S | 27-Nov-2012 | Pandora A/S | 19-Mar-2014 |
| CHR Hansen Holding A/S | 26-Nov-2013 | Pandora A/S | 18-Mar-2015 |
| CHR Hansen Holding A/S | 27-Nov-2014 | TDC A/S | 8-Aug-2012 |
| Coloplast A/S | 11-Dec-2012 | TDC A/S | 7-Mar-2013 |
| Coloplast A/S | 5-Dec-2013 | TDC A/S | 7-Aug-2013 |
| Coloplast A/S | 7-May-2014 | TDC A/S | 6-Mar-2014 |
| Coloplast A/S | 4-Dec-2014 | TDC A/S | 7-Aug-2014 |
| Coloplast A/S | 6-May-2015 | TDC A/S | 5-Mar-2015 |
| Danske Bank A/S | 18-Mar-2014 | TDC A/S | 7-Aug-2015 |

10

| Danske Bank A/S | 18-Mar-2015 | Tryg A/S | 18-Apr-2013 |
|---|---|---|---|
| D/S Norden A/S | 23-Apr-2014 | Tryg A/S | 3-Apr-2014 |
| DSV A/S | 12-Mar-2013 | Tryg A/S | 25-Mar-2015 |
| DSV A/S | 12-Mar-2015 | Tryg A/S | 12-Jul-2015 |
| FLSmidth & Co. A/S | 5-Apr-2013 | Vestas Wind Systems | 30-Mar-2015 |
| FLSmidth & Co. A/S | 26-Mar-2015 | | |

**REQUEST NO. 19**

Documents sufficient to identify how SKAT verified that withheld dividend tax refund claims submitted to SKAT related to or resulted from the collection of dividend withholding tax owed by publicly traded Danish companies.

**REQUEST NO. 20**

All documents related to the payment of withheld dividend tax refunds to any U.S. pension plan that has not been denied a reclaim by SKAT and is not a defendant in the current multi-district litigation or any litigation against SKAT in the United States.

**REQUEST NO. 21**

Documents sufficient to identify that SKAT paid withheld dividend tax refunds to individuals or entities other than the Plans with respect to the Shares.

**REQUEST NO. 22**

All account statements relating to SKAT-owned or controlled bank accounts that paid the dividend withholding tax refunds to the Plans between 2012 and 2015, including account statements for any third-party banks that paid dividend withholding tax refunds related to the claims on behalf of SKAT between 2012 through 2015.

**REQUEST NO. 23**

All communications concerning SKAT and the Ministry of Taxation, the Ministry of Finance and/or the Public Accounts Committee regarding the payment of withheld dividend tax refunds between 2012 and 2015.

**REQUEST NO. 24**

All communications concerning SKAT and the Ministry of Taxation, the Ministry of Finance and/or the Public Accounts Committee regarding surpluses or deficits in SKAT's operating budget between 2012 and 2015.

**REQUEST NO. 25**

All employee handbooks, code of conduct, or code of ethics policies at SKAT and/or the Ministry of Taxation in effect between 2010 and 2015.

**REQUEST NO. 26**

All documents regarding changes in the amount of withheld dividend tax refunds paid by SKAT between 2012 and 2015, including any investigations, reports, or analyses conducted by SKAT, the Ministry of Finance, or the Public Accounts Committee.

**REQUEST NO. 27**

All documents maintained or owned by Solo Capital, affiliates of Solo Capital, Telesto, Old Park Lane, North Channel Bank, Indigo, West Point Derivatives, Ltd., and ED&F Man Capital Markets Ltd., including but not limited to, any bank account or brokerage statements relating to the above-listed entities, that are in SKAT's possession, custody or control.

**REQUEST NO. 28**

All communications concerning the trading of Shares by Solo Capital, affiliates of Solo Capital, Telesto, Old Park Lane, North Channel Bank, Indigo, West Point Derivatives, Ltd., and ED&F Man Capital Markets Ltd. that are in SKAT's possession, custody or control.

**REQUEST NO. 29**

All documents obtained by the Kingdom of Denmark from foreign government agencies relating to the Plans, Authorized Representatives, or Other Defendants and/or relied on by SKAT in support of the allegations of the complaints.

**REQUEST NO. 30**

The settlement agreement(s) between SKAT and 61 pension plans announced in May 2019.

**REQUEST NO. 31**

All pleadings and legal memoranda filed by or on behalf of SKAT in any court or other judicial or administrative proceeding in the world in support of any claim related to a refund of withheld dividend taxes on Danish listed securities.

**REQUEST NO. 32**

All affidavits, declarations, or other sworn statements submitted by or on behalf of SKAT in any court or other judicial or administrative proceeding in the world in support of any claim related to a refund of withheld dividend taxes on Danish listed securities.

Dated:  January 17, 2020                     _/s/ Mark D. Allison, Esq._____
                                              Mark D. Allison, Esq.
                                              Caplin & Drysdale, Chartered
                                              600 Lexington Avenue
                                              21st Floor
                                              New York, NY 10022
                                              Email: mallison@capdale.com
                                              Telephone: (212) 379-6060
                                              Facsimile: (212) 259-6001
                                              *Lead Counsel for the Defendants*

**Schedule A**

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-04047 | The Bradley London Pension Plan | Doston Bradley | | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-04049 | The DMR Pension Plan | Doston Bradley | | Syntax GIS; Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-04050 | The Houston Rocco LLC 401K Plan | Doston Bradley | | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-04051 | The Proper Pacific LLC 401K Plan | Doston Bradley | | Goal TaxBack Limited | Telesto Markets LLP; Old Park Lane Capital PLC |
| 18-cv-04052 | The LBR Capital Pension Plan | Doston Bradley | | Goal TaxBack Limited | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-04430 | The Atlantic DHR 401K Plan | Doston Bradley | | Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-04434 | The Stor Capital Consulting LLC 401K Plan | Michael Ben-Jacob | | Goal TaxBack Limited | Telesto Markets LLP |
| 18-cv-04522 | The Busby Black 401K Plan | Doston Bradley | | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-04531 | The Canada Rock LLC 401K Plan | Doston Bradley | | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-04536 | The ISDB Pension Plan | Doston Bradley | | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-04538 | The Monin Amper Pension Plan | Doston Bradley | | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-04541 | The NYC Stanismore Pension Plan | Doston Bradley | | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-04543 | The Texas Rocco LLC 401K Plan | Doston Bradley | | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-04767 | Sanford Villa Pension Plan | Roger Lehman | | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-04770 | The Aston Advisors LLC 401K Plan | Roger Lehman | | Syntax GIS | Telesto Markets LLP; Old Park Lane Capital PLC |
| 18-cv-04771 | The Sector 230 LLC 401K Plan | Jonathan Godson | | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-04833 | Raubritter LLC Pension Plan | Adam LaRosa | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-04890 | The M2F Wellness LLC 401K Plan | Mitchell Protass | | Goal TaxBack Limited | Solo Capital Partners LLP |

1

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-04892 | The MPQ Holdings LLC 401K Plan | Mitchell Protass | | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-04894 | Sterling Alpha LLC 401(K) Profit Sharing Plan | John Doscas | | Acupay System LLC | ED & F Man Capital Markets Limited; Solo Capital Partners LLP |
| 18-cv-04896 | The TKKJ LLC 401K Plan | Thomas Kertelits | | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-04898 | NYCATX LLC Solo 401K Plan | Carl Andrew Vergari | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-04899 | Sander Gerber Pension Plan | John Doscas | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-04900 | Ackview Solo 401K Plan | Sean Driscoll | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-05045 | The Dosmon Bly Pension Plan Doston | Doston Bradley | | Goal TaxBack Limited | Telesto Markets LLP |
| 18-cv-05053 | The Goldstein Law Group PC 401(K) Profit Sharing Plan | Sheldon Goldstein | | Goal TaxBack Limited | ED & F Man Capital Markets Limited |
| 18-cv-05057 | The India Bombay LLC 401K Pension Plan | Doston Bradley | | Syntax GIS | Telesto Markets LLP |
| 18-cv-05147 | The Aria Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Telesto Markets LLP |
| 18-cv-05150 | The Belforte Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-05151 | The Bravos Advisors 401K Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Telesto Markets LLP |
| 18-cv-05158 | The Costello Advisors Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05164 | The Eskin Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-05180 | The Fieldcrest Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Telesto Markets LLP |
| 18-cv-05183 | The Westport Advisors LLC 401K Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05185 | The Kodiak Capital Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-05186 | The Kyber Pension Plan | Roger Lehman | Gavin Crescenzo | Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-05188 | The Lerici Capital Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Old Park Lane Capital PLC |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-05189 | The Ludlow Holdings 401K Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-05190 | The Regoleth Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05192 | The Saba Capital LLC 401K Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Telesto Markets LLP |
| 18-cv-05193 | The West River Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05194 | The Stark Pension Plan | Roger Lehman | Gavin Crescenzo | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-05299 | The Petkov Partners Pension Plan | Roger Lehman | Svetlin Petkov | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-05300 | The Petkov Management LLC 401K Plan | Svetlin Petkov | | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-05305 | The SVP 401K Plan | Roger Lehman | Svetlin Petkov | Syntax GIS | Telesto Markets LLP |
| 18-cv-05307 | The Krabi Holdings LLC 401K Plan | Jonathan Godson | Gavin Crescenzo | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-05308 | he SPKK LLC 401K Plan | Roger Lehman | Svetlin Petkov | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-05309 | The KASV Group Pension Plan | Roger Lehman | Svetlin Petkov | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 18-cv-05374 | Del Mar Asset Management Saving & Retirement Plan | David Freelove | | Goal TaxBack Limited | ED & F Man Capital Markets Limited |
| 18-cv-07824 | Headsail Manufacturing LLC Roth 401K Plan | Robert Klugman | | Acupay System LLC | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-07827 | Edgepoint Capital LLC Roth 401K Plan | Robert Klugman | | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-07828 | Aerovane Logistics LLC Roth 401K Plan | Robert Klugman | | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 18-cv-07829 | The Random Holdings 401K Plan | Robert Klugman | | Syntax GIS | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-08655 | Federated Logistics LLC 401(K) Plan | Tatjana Vanjak | David Freelove | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09434 | SRH Farms LLC 401(K) Plan | Bluegrass Investment Management. | George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |

3

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| | | LLC; Bernard Tew | | | |
| 18-cv-09439 | MGH Farms LLC 401(K) Plan | Bluegrass Investment Management. LLC; Bernard Tew | George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09489 | JSH Farms LLC 401(K) Plan | Bluegrass Investment Management. LLC; Bernard Tew | George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09490 | Triton Farms LLC 401(K) Plan | Bluegrass Investment Management. LLC; Bernard Tew | George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09491 | KRH Farms LLC 401(K) Plan | Bluegrass Investment Management. LLC; Bernard Tew | George Hofmeister | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09492 | Tew, LP Retirement Plan | Vincent Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09494 | Tew Enterprises, LLC Retirement Plan | Andrea Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09497 | Industrial Pensions Group Trust | Bluegrass Investment Management. LLC; Bernard Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribus |
| 18-cv-09498 | Casting Pensions Group Trust | Bluegrass Investment Management. LLC; Bernard Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas |
| 18-cv-09505 | SV Holdings, LLC Retirement Plan | Stephanie Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09507 | Central Technologies Pensions Group Trust | Bluegrass Investment Management. LLC; Bernard Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas |
| 18-cv-09511 | Bluegrass Retirement Group Trust | Bluegrass Investment Management. LLC; Bernard Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited; Argon Markets |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-09515 | Bluegrass Investment Management, LLC Retirement Plan | Bernard Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09549 | Autoparts Pensions Group Trust | Bluegrass Investment Management. LLC; Bernard Tew | | Global Equities GmbH | ED & F Man Capital Markets Limited; BNP Paribas |
| 18-cv-09552 | MSJJ Retirement Group Trust | Bluegrass Investment Management. LLC; Bernard Tew | | George Hofmeister Global Equities GmbH | ED & F Man Capital Markets Limited |
| 18-cv-09565 | The 78 Yorktown Pension Plan | Roger Lehman | | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-09570 | The Cambridge Town Line Pension Plan | Roger Lehman | | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-09587 | The Diamond Scott Capital Pension Plan | Roger Lehman | | Syntax GIS | Old Park Lane Capital PLC; Telesto Markets LLP |
| 18-cv-09588 | The Hotel Fromance Pension Plan | Roger Lehman | | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-09589 | The Mountain Air LLC 401K Plan | Roger Lehman | | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-09590 | The SKSL LLC Pension Plan | Roger Lehman | | Goal Taxback Limited | Old Park Lane Capital PLC; Telesto Markets LLP |
| 18-cv-09650 | The Snow Hill Pension Plan | Roger Lehman | | Goal Taxback Limited | West Point Derivative Ltd; Old Park Lane Capital PLC |
| 18-cv-09665 | The Westridge Ave LLC 401K Plan | Roger Lehman | | Syntax GIS | Telesto Markets LLP |
| 18-cv-09666 | The Shapiro Blue Management LLC 401K Plan | Roger Lehman | | Acupay System LLC | Old Park Lane Capital PLC |
| 18-cv-09668 | The Patrick Partners Conglomerate Pension Plan | Roger Lehman | | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-09669 | CSCC Capital Pension Plan | Roger Lehman | | Acupay System LLC | Old Park Lane Capital PLC |

5

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-09797 | DW Construction, Inc. Retirement Plan | Stacey Kaminer | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09836 | Kamco Investments, Inc. Pension Plan | Stacey Kaminer | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09837 | Kamco LP Profit Sharing Pension Plan | Stacey Kaminer | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09838 | Linden Associates Defined Benefit Plan | Joan Schulman | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09839 | Moira Associates LLC 401 (K) Plan | Stacey Kaminer | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09840 | Riverside Associates Defined Benefit Plan | David Schulman | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-09841 | American Investment Group of New York, L.P. Pension Plan | Stacey Kaminer | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-10028 | The Cardinal Consulting Pension Plan | Matthew Tucci | | Goal TaxBack Limited | Telesto Markets LLP |
| 18-cv-10030 | The Egret Associates LLC 401K Plan | Matthew Tucci | | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-10031 | The Crow Associates Pension Plan | Matthew Tucci | | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-10032 | The Heron Advisors Pension Plan | Matthew Tucci | | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10035 | The Hoboken Advisors LLC 401K Plan | Matthew Tucci | | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 18-cv-10036 | The Jayfran Blue Pension Plan | Matthew Tucci | | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-10039 | The JT Health Consulting LLC 401K Plan | Matthew Tucci | | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10049 | The Lakeview Advisors 401K Plan | Matthew Tucci | | Syntax GIS | Old Park Lane Capital PLC; Solo Capital Partners LLP |
| 18-cv-10060 | The Osprey Associates LLC 401K Plan | Matthew Tucci | | Syntax GIS | Solo Capital Partners LLP |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-10061 | The Sandpiper Pension Plan | Matthew Tucci | | Syntax GIS | Telesto Markets LLP |
| 18-cv-10062 | The Zen Training LLC 401(K) Plan | Matthew Tucci | | Goal TaxBack Limited | Telesto Markets LLP; Old Park Lane Capital PLC |
| 18-cv-10063 | The Everything Clean LLC 401K Plan | Matthew Tucci | | Acupay System | LLC West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-10064 | The Jump Group LLC 401K Plan | Matthew Tucci | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10065 | The Oaks Group Pension Plan | Matthew Tucci | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10066 | The Wave Maven LLC 401K Plan | Matthew Tucci | | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10067 | The Balmoral Management LLC 401K Pension Plan | John LaChance | | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-10069 | The Beech Tree Partners 401K Plan | Matthew Tucci | | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-10070 | The Blackbird 401K Plan | Matthew Tucci | | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10071 | The Chambers Property Management LLC 401K Plan | Matthew Tucci | | Acupay System LLC | Old Park Lane Capital PLC; Telesto Markets LLP |
| 18-cv-10073 | FiftyEightSixty LLC Solo 401K Plan | Matthew Tucci | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10074 | The Hawk Group Pension Plan | Matthew Tucci | | Acupay System LLC | Telesto Markets LLP |
| 18-cv-10076 | The Hibiscus Partners LLC 401K Plan | Matthew Tucci | | Goal TaxBack Limited | Old Park Lane Capital PLC; Telesto Markets LLP; Solo Capital Partners LLP |
| 18-cv-10077 | he Maple Advisors LLC 401K Plan | Matthew Tucci | | Syntax GIS | Solo Capital Partners LLP; Telesto Markets LLP |
| 18-cv-10080 | OneZeroFive LLC Solo 401K Plan | Matthew Tucci | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10082 | The Sea Bright Advisors LLC 401K Plan | Matthew Tucci | | Goal TaxBack Limited | West Point Derivatives Ltd; Old Park Lane Capital PLC |
| 18-cv-10083 | The Tag Realty Advisors LLC 401K Plan | Matthew Tucci | | Syntax GIS | Old Park Lane Capital PLC; Solo |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| | | | | | Capital Partners LLP |
| 18-cv-10086 | The Throckmorton Advisors 401K Plan | Matthew Tucci | | Acupay System LLC | Solo Capital Partners LLP; West Point Derivatives Ltd |
| 18-cv-10088 | Acorn Capital Corporation Employee Profit Sharing Plan; and Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust | Gregory Summers | | Acupay System LLC | Solo Capital Partners LLP; ED & F Man Capital Markets Limited |
| 18-cv-10090 | Cambridge Way LLC 401K Profit Sharing Plan | Shreepal Shah | | Acupay System LLC | ED & F Man Capital Markets Limited |
| 18-cv-10091 | The Dink 14 LLC 401K Plan | Jonathan Godson | Vincent Natoli | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-10092 | JML Capital LLC 401K Plan | Roger Lehman | John LaChance | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10093 | Natoli Management Pension Plan | Roger Lehman | Vincent Natoli | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10094 | Nova Fonta Trading LLC 401K Plan | Roger Lehman | Vincent Natoli | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10095 | The Skybax LLC 401K Plan | Jonathan Godson | Bradley Crescenzo | Goal TaxBack Limited | Solo Capital Partners LLP |
| 18-cv-10096 | The Robin Daniel Pension Plan | Matthew Tucci | | Goal TaxBack Limited | West Point Derivatives Ltd |
| 18-cv-10098 | The FWC Capital LLC Pension Plan | Roger Lehman | | Syntax GIS | Solo Capital Partners LLP; Old Park Lane Capital PLC |
| 18-cv-10099 | The RDL Consulting Group LLC Pension Plan | Roger Lehman | | Syntax GIS | Old Park Lane Capital PLC |
| 18-cv-10100 | Newsong Fellowship Church 401(K) Plan | Alexander Jamie Mitchell III | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-10118 | Cole Enterprises USA Retirement Plan Trust | Todd Bergeron | | Goal Taxback Limited | Salgado Capital |
| 18-cv-10119 | Blackrain Pegasus LLC Solo 401K Plan | Doston Bradley | | Acupay System LLC | Solo Capital Partners LLP |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker-Custodian(s) |
|---|---|---|---|---|---|
| 18-cv-10122 | Gyos 23 LLC Solo 401K Plan | Doston Bradley | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10123 | The Oak Tree One 401K Plan | Doston Bradley | | Goal Taxback Limited | Telesto Markets LLP |
| 18-cv-10124 | The Joanne E. Bradley Solo 401K Plan | Doston Bradley | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10125 | Delgado Fox LLC Solo 401K Plan | Doston Bradley | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10126 | Pegasus Fox 23 LLC Solo 401K Plan | Doston Bradley | | Acupay System LLC | Solo Capital Partners LLP |
| 18-cv-10127 | KK Law Firm Retirement Plan Trust | Kevin Kenning | | Goal Taxback Limited | ED & F Man Capital Markets Limited; Investec |
| 18-cv-10129 | The Valerius LLC Solo 401K Plan | Roger Lehman | | Goal Taxback Limited | Solo Capital Partners LLP |
| 18-cv-10130 | Tveter LLC Pension Plan | Christopher Nowell | | Goal Taxback Limited | ED & F Man Capital Markets Limited |
| 18-cv-10133 | The Sinclair Pension Plan | Roger Lehman | | Syntax GIS | West Point Derivatives Ltd |
| 18-cv-10134 | The Green Group Site Pension Plan | Roger Lehman | | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-10135 | The Mueller Investments Pension Plan | Roger Lehman | | Syntax GIS | Solo Capital Partners LLP |
| 18-cv-10136 | The Bella Consultants Pension Plan | Roger Lehman | | Syntax GIS | Telesto Markets LLP |
| 18-cv-10137 | Blue Ocean Equity LLC Retirement Plan Trust | Kevin Kenning | | Goal Taxback Limited | Salgado Capital |

**Schedule B**

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| 19-cv-01867 | Avanix Management LLC Roth 401(K) Plan | Richard Markowitz | Richard Markowitz | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01895 | Batavia Capital Pension Plan | "Non-party Authorized Representative" | Richard Markowitz | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01904 | Calypso Investments Pension Plan | "Non-party Authorized Representative" | Jocelyn Markowitz | Goal Taxback Limited | Solo Capital Partners LLP |
| 19-cv-01869 | Cavus Systems LLC Roth 401(K) Plan | Richard Markowitz | Richard Markowitz; Michael Ben-Jacob | Goal Taxback Limited | Telesto Markets LLP |
| 19-cv-01868 | Hadron Industries LLC Roth 401(K) Plan | Richard Markowitz | Richard Markowitz | Syntax GIS | West Point Derivatives Ltd |
| 19-cv-01898 | RJM Capital Pension Plan | "Non-party Authorized Representative" | Richard Markowitz | Goal Taxback Limited | Solo Capital Partners LLP |
| 19-cv-01896 | Routt Capital Pension Plan | Richard Markowitz | Richard Markowitz | Acupay System LLC; Syntax GIS | Old Park Lane Capital PLC |
| 19-cv-01906 | Michelle Investments Pension Plan | John van Merkensteijn | Richard Markowitz; John van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01911 | Remece Investments LLC Pension Plan | "Non-party Authorized Representative" | Richard Markowitz; John van Merkensteijn | Goal Taxback Limited | Solo Capital Partners LLP |
| 19-cv-01924 | Xiphias LLC Pension Plan | John van Merkensteijn | Richard Markowitz; John van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01893 | Azalea Pension Plan | "Non-party Authorized Representative" | Elizabeth van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01866 | Basalt Ventures LLC Roth 401(K) Plan | John van Merkensteijn | John van Merkensteijn | Goal Taxback Limited | Telesto Markets LLP |
| 19-cv-01865 | Bernina Pension Plan | John van Merkensteijn | John van Merkensteijn | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01894 | Omineca Pension Plan | Michael Ben-Jacob | John van Merkensteijn; Michael Ben-Jacob | Acupay System LLC; Goal TaxBack Limited | Solo Capital Partners LLP |
| 19-cv-01871 | Starfish Capital Management | John van Merkensteijn | John van Merkensteijn | Syntax GIS | Old Park Lane Capital PLC |

1

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| | LLC Roth 401(K) Plan | | | | |
| 19-cv-01930 | Tarvos Pension Plan | "Non-party Authorized Representative" | John van Merkensteijn | Goal Taxback Limited | Solo Capital Partners LLP |
| 19-cv-01873 | Voojo Productions LLC Roth 401(K) Plan | John van Merkensteijn | John van Merkensteijn | Acupay System LLC | Old Park Lane Capital PLC |
| 19-cv-01785 | Albedo Management LLC Roth 401(K) Plan | Michael Ben-Jacob | Joseph Herman; Michael Ben-Jacob | Acupay System LLC | Old Park Lane Capital PLC |
| 19-cv-01781 | Ballast Ventures LLC Roth 401(K) Plan | Michael Ben-Jacob | Joseph Herman; Michael Ben-Jacob | Acupay System LLC | Telesto Markets LLP |
| 19-cv-01791 | Fairlie Investments LLC Roth 401(K) Plan | Joseph Herman | Joseph Herman; Michael Ben-Jacob | Goal TaxBack Limited | West Point Derivatives Ltd |
| 19-cv-01783 | Bareroot Capital Investments LLC Roth 401(K) Plan | David Zelman | David Zelman; Michael Ben-Jacob | Syntax GIS | Telesto Markets LLP |
| 19-cv-01794 | Battu Holdings LLC Roth 401K Plan | Michael Ben-Jacob | David Zelman; Michael Ben-Jacob | Acupay System LLC | Old Park Lane Capital PLC |
| 19-cv-01798 | Cantata Industries LLC Roth 401(K) Plan | David Zelman | David Zelman; Michael Ben-Jacob | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01788 | Dicot Technologies LLC Roth 401(K) Plan | David Zelman | David Zelman; Michael Ben-Jacob | Syntax GIS | West Point Derivatives Ltd |
| 19-cv-01918 | Vanderlee Technologies Pension Plan | Michael Ben-Jacob | David Zelman; Michael Ben-Jacob | Acupay System LLC; Goal TaxBack Limited | Solo Capital Partners LLP |
| 19-cv-01922 | Cedar Hill Capital Investments LLC Roth 401(K) Plan | Edwin Miller | Edwin Miller; Michael Ben-Jacob | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01928 | Fulcrum Productions LLC Roth 401(K) Plan | Edwin Miller | Edwin Miller; Michael Ben-Jacob | Syntax GIS | Telesto Markets LLP |
| 19-cv-01926 | Green Scale Management LLC Roth 401(K) Plan | Michael Ben-Jacob | Edwin Miller; Michael Ben-Jacob | Acupay System LLC | Old Park Lane Capital PLC |

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| 19-cv-01929 | Keystone Technologies LLC Roth 401(K) Plan | Edwin Miller | Edwin Miller; Michael Ben-Jacob | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01931 | Tumba Systems LLC Roth 401(K) Plan | Edwin Miller | Edwin Miller; Michael Ben-Jacob | Syntax GIS | West Point Derivatives Ltd |
| 19-cv-01800 | Crucible Ventures LLC Roth 401(K) Plan | Ronald Altbach | Ronald Altbach; Michael Ben-Jacob | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01803 | Limelight Global Productions LLC Roth 401(K) Plan | Ronald Altbach | Ronald Altbach; Michael Ben-Jacob | Syntax GIS | Telesto Markets LLP |
| 19-cv-01809 | Plumrose Industries LLC Roth 401K Plan | Michael Ben-Jacob | Ronald Altbach; Michael Ben-Jacob | Acupay System LLC | Old Park Lane Capital PLC |
| 19-cv-01812 | Roadcraft Technologies LLC Roth 401(K) Plan | Ronald Altbach | Ronald Altbach; Michael Ben-Jacob | Goal TaxBack Limited | Solo Capital Partners LLP |
| 19-cv-01818 | True Wind Investments LLC Roth 401(K) Plan | Ronald Altbach | Ronald Altbach; Michael Ben-Jacob | Syntax GIS | West Point Derivatives Ltd |
| 19-cv-01870 | Eclouge Industry LLC Roth 401(K) Plan | Perry Lerner | Perry Lerner; Michael Ben-Jacob | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01792 | First Ascent Worldwide LLC Roth 401(K) Plan | Perry Lerner | Perry Lerner; Michael Ben-Jacob | Syntax GIS | Telesto Markets LLP |
| 19-cv-01806 | Loggerhead Services LLC Roth 401(K) Plan | Michael Ben-Jacob | Perry Lerner; Michael Ben-Jacob | Acupay System LLC | Solo Capital Partners LLP |
| 19-cv-01808 | PAB Facilities Global LLC Roth 401(K) Plan | Perry Lerner | Perry Lerner; Michael Ben-Jacob | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01815 | Trailing Edge Productions LLC Roth 401(K) Plan | Perry Lerner | Perry Lerner; Michael Ben-Jacob | Syntax GIS | West Point Derivatives Ltd |
| 19-cv-01801 | Monomer Industries LLC Roth 401(K) Plan | Robin Jones | Robin Jones; Michael Ben-Jacob | Goal TaxBack Limited | Old Park Lane Capital PLC |
| 19-cv-01810 | Pinax Holdings LLC Roth 401(K) Plan | Robin Jones | Robin Jones; Michael Ben-Jacob | Syntax GIS | Telesto Markets LLP |

3

| Case Number | Plan | Authorized Representative | Other Defendant(s) | Payment Agent(s) | Broker – Custodian(s) |
|---|---|---|---|---|---|
| 19-cv-01813 | Sternway Logistics LLC Roth 401(K) Plan | Robin Jones | Robin Jones; Michael Ben-Jacob | Syntax GIS | West Point Derivatives Ltd |